JUDGE RONALD B. LEIGHTON

FILED ____ LODGED
____ RECEIVED

NOV 06 2014

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR13-5514RBL |
| Plaintiff, | |
| v. | (PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING |
| RYAN ANDREW HAMBURG, | |
| Defendant. | |

Upon the unopposed motion of the defense to continue the sentencing date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and judicial economy, therefore,

IT IS THEREFORE ORDERED that the sentencing date in this matter be continued to May 8, 2015, at 10 a.m.

DONE this 6th day of November, 2014.

*[signature]*

JUDGE RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jerome Kuh*
Assistant Federal Public Defender
Attorney for Ryan Hamburg

ORDER TO CONTINUE SENTENCING DATE
(*United States v. Hamburg*; CR13-5514RBL.) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710